UNITED STATES DISTRICT COURT
NORTHERN DISTRIC
WESTERN DI

07 CR 50071
Judge Reinhard
Magistrate Judge Mahoney

UNITED STATES OF AMERICA )
)
vs. ) Violations: Title 21, United States Code,
) Section 841(a)(1) and Title 18, United States
HALSTON L. CARTER ) Code, Section 922(g)(1)

### COUNT ONE

The DECEMBER 2006 GRAND JURY charges:

On or about October 23, 2007, at Rockford, in the Northern District of Illinois, Western Division,

HALSTON L. CARTER,

defendant herein, knowingly and intentionally did possess with intent to distribute a controlled substance, namely approximately 65.4 grams of mixtures containing cocaine base, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

FILED

DEC 18 2007

Magistrate Judge P. Michael Mahoney
U.S. District Court

## COUNT TWO

The DECEMBER 2006 GRAND JURY further charges:

On or about October 23, 2007, at Rockford, in the Northern District of Illinois, Western Division,

HALSTON L. CARTER,

defendant herein, knowingly and intentionally did possess with intent to distribute a controlled substance, namely approximately 499 grams of mixtures containing cocaine, a Schedule II Narcotic Drug Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

The DECEMBER 2006 GRAND JURY further charges:

On or about October 23, 2007, at Rockford, in the Northern District of Illinois, Western Division,

### HALSTON L. CARTER,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm and ammunition, namely:

> an Interarms Firestar, model 51-04, .45 caliber semi-automatic handgun, bearing serial number 06364-95 and five rounds of .45 caliber ammunition;

which possession was in and affecting commerce in that the firearm and ammunition had previously been transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1).

## FORFEITURE ALLEGATION

The DECEMBER 2006 GRAND JURY further charges:

1. The allegations contained in Count Three of this indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in the foregoing indictment,

HALSTON L. CARTER,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section, 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interests of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) are an Interarms Firestar, model 51-04, .45 caliber semi-automatic handgun, bearing serial number 06364-95 and five rounds of .45 caliber ammunition;

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY



No.: 07 CR 50071

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

HALSTON CARTER

INDICTMENT

Violation(s): Title 18, United States Code, Section 922(g)(1) and Title 21, United States Code, Section 841(a)(1)

A true bill,

_____
Foreman

Filed in open Court this 18th day of December A.D. 2007

_____
Clerk

Bail, $ _____

FILED
DEC 18 2007
Magistrate Judge P. M. Ochwat
U.S. DISTRICT COURT