## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50071 | **DATE** | 12/28/2007 |
| **CASE TITLE** | USA vs. HALSTON L. CARTER | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Paul Gaziano appointed as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. 16.1 conference to be held by financial affidavit due by 1/4/08. Defendant's oral motion for time to 2/1/08 to file pretrial motions is granted. USA's oral motion for the time of December 28, 2007 to and including February 1, 2008 to be deemed excludable under 18 USC 3161(h)(1) is granted. Status hearing set for 2/1/08 at 11:00 am. USA moves for detention. Detention hearing set for 1/3/08 at 11:00 am Enter Order of Temporary Detention.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LW |
|---|---|---|