AO 442 (Rev.5/93 WP) Warrant for Arrest

AUSA JOSEPH C. PEDERSEN, (815)987-4444

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

FILED
JAN 0 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

HALSTON L. CARTER

**WARRANT FOR ARREST**

CASE NUMBER: 07 CR 50071

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest, defendant herein, and bring him forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Violation Petition

charging him or her with (brief description of offense):

Possession with intent to distribute a controlled substance.

in violation of Title ___21___, United States Code, Section(s) __841(a)(1)__

P. MICHAEL MAHONEY
Name of Issuing Officer

[signature]
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

12/18/07; Rockford, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |
| 2320 Shelby DR. Rockford, IL. |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 12/18/07 | S/A Sarah Tucker | Sarah A. Tucker |
| DATE OF ARREST | | |
| 12/28/07 | | |