## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50071 - 1 | **DATE** | 1/3/2008 |
| **CASE TITLE** | USA vs. HALSTON L. CARTER | | |

**DOCKET ENTRY TEXT:**

Detention hearing held. Enter order of detention pending trial. Enter protective order.

Notices mailed by Judicial staff.

00:15

| | Courtroom Deputy Initials: | GG |
|---|---|---|

Case 3:07-cr-50071  Document 7  Filed 01/03/2008  Page 1 of 1

07CR50071 - 1 USA vs. HALSTON L. CARTER    Page 1 of 1