# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Philip G. Reinhard | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50071 - 1 | **DATE** | 2/1/2008 |
| **CASE TITLE** | USA vs. HALSTON CARTER | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for Paul Gaziano to withdraw and for Jerry Lund to file his appearance as retained counsel is granted. Defendant's oral motion for an extension of time to March 4, 2008 to file pretrial motions is granted. USA's oral motion for the time of February 1, 2008 to and including March 4, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for March 4, 2008 at 11:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|