07CR50071-1

To: United States Magistrate Mahoney
From: H. Carter
Date: 2/19/08

FILED
FEB 28 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

Dear Lady/Sir,

I'm writing with concerns about the problems I'm having with my lawyer, first off he haven't gave me my indictment paperwork & just recent my discovery on 2/15/08 and I been in custody since 12/28/07. First my case was in the State and my family bond me out for $25,000 and out of the blue my state lawyer came to see me, asking about this money and I told him that this money belongs to a close friend of my mother's, and I wanted to revoke my bond so my mother could return the money, well Mr. Lund told me that the Feds would take my family's money if I didn't sign it over to him and he would take care of getting I back to my mother and her friend. Well Mr. Lund told my mother that I signed the money over to him, to be my lawyer in fed. I can't I didn't never talk to Mr. Lund at all about being my lawyer in fed. I can't, I came to court on 2/1/08 and Mr. Lund show up to visit me

and tells me that he's going to take my federal court case for the $7500 that I paid him for my state case because the state case would be dismissed anyway. So after court I talk to my mother and she tells me that Mr. Fund told her that I signed over the $7500 over to him and she was truly upset because this wasn't my money to sign over, and then my mothers friend Jerry Wilkins also called my mother and said that Mr. Fund called him and told him a different story about my mother says its alright to come down and sign the money over to him. So my mother talked to him again and he told her that I was facing 25 years in prison and I need a lawyer, and how he's really really close to Mr. Anderson the U.S. Attorney and how he'll get me a good deal. Well when I talked to my mother I explained to her about the guidelines and the point system. Mr. Fund has did nothing but lie and be deceptive, with only thoughts of kicking my family out of their money, which my mother don't have. When Mr. Fund came to see me on 2/8/08 I told him that his service was no longer needed because of the lies and his ineffective assistance of counsel by not providing me with my indictment or any other paperwork concerning my case, and would you believe Mr. Fund still went back and told my mother that I might as well keep him as a lawyer

because I already sign the money over to him and he's keep it, first off Judge Mahoney the paperwork I signed was to recuve my land and return the land money back to my family, Mr. Land has only been to court one time in the state and one time in the federal courts and he's trying to take $30,000 from family, I would like to report him to the Bar association and would like to know what else I would have to do to get my funds back from this unethical conniving lawyer? I would be more then thankful if you would understand my position in this matter and give me as much help as possible.

Sincerely
Halston Carter