# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50071 - 1 | **DATE** | 3/4/2008 |
| **CASE TITLE** | USA vs. HALSTON CARTER | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's motion for Jerry Lund to withdraw will be granted upon filing of an appearance by new counsel. Defendant's oral motion for an extension of time to March 24, 2008 to file pretrial motions is granted.  USA's oral motion for the time of March 4, 2008 to and including March 24, 2008 to be deemed excludable under 18 USC 3161(h)(1) and (h)(8)(b)(iii) to allow counsel of his choice (X E,T) is granted. Status hearing set for March 24, 2008 at 11:00 am.

.Notices mailed by Judicial staff.

00:10

Courtroom Deputy
Initials:                    GG

07C50071 - 1 USA vs. HALSTON CARTER        Page 1 of  1