# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 50071 - 1 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. HALSTON CARTER | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Counsel report defendant ready for transfer. Defendant is transferred to Judge Reinhard's calendar. Status set before Judge Reinhard for July 31, 2008 at 9:00 am.

Notices mailed by Judicial staff.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|